AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| PEARL FRATER, and all others similarly situated pursuant to 29 U.S.C. § 216(b),<br><br>*Plaintiff(s)*<br><br>v.<br><br>AMERICAN WORK HEALTH AND LIFE, INC. d/b/a EZ HEALTH IQ, INC, a Florida Corporation, and JUBRAN ABDULAZIZ, individually.<br><br>*Defendant(s)* | Civil Action No. 0:26-cv-60398-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMERICAN WORK HEALTH AND LIFE, INC.
c/o Registered Agent
Junaid Abdulaziz
6750 N ANDREWS AVE
SUITE 150
FORT LAUDERDALE, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael V. Miller
USA EMPLOYMENT LAWYERS
1800 SE 10th Ave., Ste 205
Fort Lauderdale, FL 33316
954-871-0050
michael@usaemploymentlawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 02/12/2026

Angela E. Noble
Clerk of Court

SUMMONS

s/ Micky Quezada
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| PEARL FRATER, and all others similarly situated pursuant to 29 U.S.C. § 216(b), <br><br> *Plaintiff(s)* <br><br> v. <br><br> AMERICAN WORK HEALTH AND LIFE, INC. d/b/a EZ HEALTH IQ, INC, a Florida Corporation, and JUBRAN ABDULAZIZ, individually. <br><br> *Defendant(s)* | Civil Action No. 0:26-cv-60398-AHS |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Junaid Abdulaziz
6750 N ANDREWS AVE
SUITE 150
FORT LAUDERDALE, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael V. Miller
USA EMPLOYMENT LAWYERS
1800 SE 10th Ave., Ste 205
Fort Lauderdale, FL 33316
954-871-0050
michael@usaemploymentlawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 02/12/2026

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Micky Quezada*
Deputy Clerk
U.S. District Courts